# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>14-3515</u>

Jessica Trumper v. GE Captital Retail Bank, et al

(Originating Court No. 2-14-cv-01211)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  December 24, 2014


cc:

Paige H. Forster, Esq.
Sergei Lemberg, Esq.



**A True Copy** :

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.